E-filing

FILED
08 MAY -6 PM 4:20
RICHARD W WIEKING
US DISTRICT COURT
[ILLEGIBLE]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 2340 VRW

The People of the state of California,
           Plaintiff,
vs.
Robert OLDHAM,
           Defendant.

CASE NO. 144476 (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Robert OLDHAM, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ___   No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _____                - 1 -

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _YO! Magazine  950 Market St, San Francisco_
4  _Ca, 94103 - Freelance writer_____
5  _____

6  2.   Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8       a.   Business, Profession or              Yes ___ No ✓
9            self employment
10      b.   Income from stocks, bonds,           Yes ___ No ✓
11           or royalties?
12      c.   Rent payments?                       Yes ___ No ✓
13      d.   Pensions, annuities, or              Yes ___ No ✓
14           life insurance payments?
15      e.   Federal or State welfare payments,   Yes ___ No ✓
16           Social Security or other govern-
17           ment source?
18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  _____
21  _____
22  3.   Are you married?                         Yes ___ No ✓
23  Spouse's Full Name: _____
24  Spouse's Place of Employment: _____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $_____ Net $_____
27  4.   a.   List amount you contribute to your spouse's support : $ _____
28       b.   List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____          - 2 -

1     and indicate how much you contribute toward their support. (NOTE: For minor
2     children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3     _____
4     _____
5   5.     Do you own or are you buying a home?     Yes ___ No ✓
6   Estimated Market Value: $_____ Amount of Mortgage: $_____
7   6.     Do you own an automobile?     Yes ___ No ✓
8   Make _____ Year _____ Model _____
9   Is it financed? Yes _____ No _____ If so, Total due: $ _____
10   Monthly Payment: $ _____
11   7.     Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
12   Name(s) and address(es) of bank: _____
13   _____
14   Present balance(s): $ _____
15   Do you own any cash? Yes ___ No ✓ Amount: $ _____
16   Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17   market value.)   Yes ___ No ✓
18   _____
19   8.     What are your monthly expenses?
20   Rent: $ _____ Utilities: _____
21   Food: $ _____ Clothing: _____
22   Charge Accounts:
23   <u>Name of Account</u>     <u>Monthly Payment</u>     <u>Total Owed on This Acct.</u>
24   _____   $ _____   $ _____
25   _____   $ _____   $ _____
26   _____   $ _____   $ _____
27   9.     Do you have any other debts? (List current obligations, indicating amounts and to whom
28   they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____     - 3 -

1  _____

2  _____

3  10.  Does the complaint which you are seeking to file raise claims that have been presented in

4  other lawsuits?                                            Yes ____ No __✓__

5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which

6  they were filed.

7  _____

8  _____

9       I consent to prison officials withdrawing from my trust account and paying to the court the

10  initial partial filing fee and all installment payments required by the court.

11       I declare under the penalty of perjury that the foregoing is true and correct and understand

12  that a false statement herein may result in the dismissal of my claims.

13

14  2-5-08                                    *Fred Oldham* (signature)

15     DATE                                    SIGNATURE OF APPLICANT

16

17

...

28

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No. _____          - 4 -