**FILED**
MAY 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

People of the State of California,   Plaintiff,

vs.

Robert Oldham,   Defendant.

C08-2340 VRW

CASE NO. 144476

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Robert Oldham, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ___   No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _____

- 1 -

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _____N/A_____
4  _____
5  _____
6  2.   Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8     a.   Business, Profession or              Yes ___  No ✓
9          self employment
10    b.   Income from stocks, bonds,           Yes ___  No ✓
11         or royalties?
12    c.   Rent payments?                       Yes ___  No ✓
13    d.   Pensions, annuities, or              Yes ___  No ✓
14         life insurance payments?
15    e.   Federal or State welfare payments,   Yes ___  No ✓
16         Social Security or other govern-
17         ment source?
18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  _____
21  _____
22  3.   Are you married?                       Yes ___  No ✓
23  Spouse's Full Name: _____
24  Spouse's Place of Employment: _____N/A_____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $_____  Net $_____
27  4.   a.   List amount you contribute to your spouse's support : $ _____
28       b.   List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____                - 2 -

1  and indicate how much you contribute toward their support. (NOTE: For minor
2  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3  _____
4  _____
5  5.  Do you own or are you buying a home?        Yes ___ No ✓
6  Estimated Market Value: $_____ Amount of Mortgage: $_____
7  6.  Do you own an automobile?        Yes ___ No ✓
8  Make _____ Year _____ Model _____
9  Is it financed? Yes ___ No ___ If so, Total due: $ _____
10 Monthly Payment: $ _____
11 7.  Do you have a bank account?  Yes ___ No ✓ (Do not include account numbers.)
12 Name(s) and address(es) of bank: _____
13 _____
14 Present balance(s): $ _____
15 Do you own any cash? Yes ___ No ✓ Amount: $ _____
16 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17 market value.)  Yes ___ No ___
18 _____
19 8.  What are your monthly expenses?
20 Rent: $ _____                        Utilities: _____
21 Food: $ _____                        Clothing: _____
22 Charge Accounts:
23 Name of Account          Monthly Payment          Total Owed on This Acct.
24 _____          $ _____          $ _____
25 _____          $ _____          $ _____
26 _____          $ _____          $ _____
27 9.  Do you have any other debts? (List current obligations, indicating amounts and to whom
28 they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _____          - 3 -

1  _____

2  _____

3  10.    Does the complaint which you are seeking to file raise claims that have been presented in

4  other lawsuits?                                             Yes ____ No ✓

5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which

6  they were filed.

7  _____

8  _____

9      I consent to prison officials withdrawing from my trust account and paying to the court the

10  initial partial filing fee and all installment payments required by the court.

11      I declare under the penalty of perjury that the foregoing is true and correct and understand

12  that a false statement herein may result in the dismissal of my claims.

13

14  _May 12, 08_                    _Robert Oldham_____

15    DATE                            SIGNATURE OF APPLICANT

16

17

18

19

20

21

22

23

24

25

26

27

28

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____              - 4 -

Case Number: 144476

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Robert Oldham_ for the last six months at
[prisoner name]
_High Desert State Prison_ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _0. dollars_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _0. dollars_.

Dated: _May 12, 08_

_____
[Authorized officer of the institution]

- 5 -

```
REPORT ID: TS3030  .701                                                    REPORT DATE: 05/20/08
                                                                           PAGE NO:          1
                            CALIFORNIA DEPARTMENT OF CORRECTIONS
                                   HIGH DESERT STATE PRISON
                                INMATE TRUST ACCOUNTING SYSTEM
                                INMATE TRUST ACCOUNT STATEMENT

                       FOR THE PERIOD: NOV. 01, 2007 THRU MAY 20, 2008

ACCOUNT NUMBER : F06175                           BED/CELL NUMBER: FCB5T1000000121L
ACCOUNT NAME   : OLDHAM, ROBERT JR                ACCOUNT TYPE: I
PRIVILEGE GROUP: B

                                  TRUST ACCOUNT ACTIVITY

         TRAN
DATE     CODE  DESCRIPTION       COMMENT      CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE

11/01/2007    BEGINNING BALANCE                                                    20.91

ACTIVITY FOR 2008
01/17 FC01  DRAW-FAC 1        3178 C 3RD                              20.00         0.91
03/13 W516  LEGAL COPY CH 3919 03/07                                   0.40         0.51
05/07 W516  LEGAL COPY CH 5151 05/06                                   0.20         0.31

                                 TRUST ACCOUNT SUMMARY

 BEGINNING      TOTAL         TOTAL        CURRENT      HOLDS       TRANSACTIONS
  BALANCE     DEPOSITS     WITHDRAWALS     BALANCE     BALANCE      TO BE POSTED
 ---------    --------     -----------    ---------   ---------    -------------
    20.91        0.00         20.60          0.31        0.00           0.00

                                                                    CURRENT
                                                                   AVAILABLE
                                                                    BALANCE
                                                                   ---------
                                                                      0.31
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

_____

**PLAINTIFF or PETITIONER**

v.

Case Number:

_____

Defendant or Respondent

**PROOF OF SERVICE**

_____,

I hereby certify that on _____, 20___, I served a copy of the attached _____, by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at _____:

I declare under penalty of perjury that the foregoing is true and correct.

HIGH DESERT STATE PRISON
NAME: Robert Oldham
CDC #: F16175   BED: 127 C-5
PO BOX 3030 SUSANVILLE CA 96127

U.S. Dist
450 Golde
San Franci

HIGH DESERT STATE PRISON
NAME: Robert Golden
CDC #: P06175  BED: D4-124L-C-5
PO BOX 3030 SUSANVILLE CA 96127

U.S. District Court
450 Golden Gate Avenue
San Francisco, Ca 94102



Mailed From 96127
US POSTAGE
$00.590
05/22/2008