FILED
08 JUN -2 PM 1:46
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

People of The State of California, Plaintiff,

vs.

Robert Oldham, Defendant.

CASE NO. 144476

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS (VRW)(PR)

I, Robert Oldham, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.    Business, Profession or                    Yes ___ No ✓
10            self employment
11      b.    Income from stocks, bonds,                 Yes ___ No ✓
12            or royalties?
13      c.    Rent payments?                             Yes ___ No ✓
14      d.    Pensions, annuities, or                    Yes ___ No ✓
15            life insurance payments?
16      e.    Federal or State welfare payments,         Yes ___ No ✓
17            Social Security or other govern-
18            ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.    Are you married?                               Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.    a.    List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 2 -

1      b.    List the persons other than your spouse who are dependent upon you for
2            support and indicate how much you contribute toward their support. (NOTE:
3            For minor children, list only their initials and ages. DO NOT INCLUDE
4            THEIR NAMES.).
5      _____
6      _____
7  5.    Do you own or are you buying a home?    Yes ____ No ✓
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.    Do you own an automobile?    Yes ____ No ✓
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ____ No ____ If so, Total due: $_____
12 Monthly Payment: $_____
13 7.    Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $_____
17 Do you own any cash? Yes ____ No ✓ Amount: $_____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ____ No ____
20 _____
21 8.    What are your monthly expenses?
22 Rent: $_____ Utilities: _____
23 Food: $_____ Clothing: _____
24 Charge Accounts:
25 Name of Account    Monthly Payment    Total Owed on This Acct.
26 _____ $_____ $_____
27 _____ $_____ $_____
28 _____ $_____ $_____

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)

3  _____
4  _____

5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ___  No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.

9  _____
10 _____

11       I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13       I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16  _May 8, 08_                    _Robert Oldham_
17       DATE                          SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 4 -

```
REPORT ID: TS3030  .701                                                           REPORT DATE: 05/27/08
                                                                                  PAGE NO:         1
                              CALIFORNIA DEPARTMENT OF CORRECTIONS
                                   HIGH DESERT STATE PRISON
                                 INMATE TRUST ACCOUNTING SYSTEM
                                 INMATE TRUST ACCOUNT STATEMENT

                         FOR THE PERIOD: NOV. 01, 2007 THRU MAY 27, 2008

ACCOUNT NUMBER  : F06175                          BED/CELL NUMBER: FCB5T100000121L
ACCOUNT NAME    : OLDHAM, ROBERT JR               ACCOUNT TYPE: I
PRIVILEGE GROUP : B

                              TRUST ACCOUNT ACTIVITY

          TRAN
DATE      CODE  DESCRIPTION        COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE

11/01/2007      BEGINNING BALANCE                                                   20.91
ACTIVITY FOR 2008
01/17 FC01  DRAW-FAC 1     3178 C 3RD                                  20.00         0.91
03/13 W516  LEGAL COPY CH  3919 03/07                                   0.40         0.51
05/07 W516  LEGAL COPY CH  5151 05/06                                   0.20         0.31

                              TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL        TOTAL        CURRENT      HOLDS       TRANSACTIONS
BALANCE        DEPOSITS     WITHDRAWALS  BALANCE      BALANCE     TO BE POSTED

  20.91          0.00         20.60        0.31        0.00          0.00

                                                               CURRENT
                                                               AVAILABLE
                                                               BALANCE

                                                                 0.31
```

1
2                                                          Case Number: __144476__
3
4
5
6
7

8                              **CERTIFICATE OF FUNDS**

9                                          **IN**

10                             **PRISONER'S ACCOUNT**

11

12        I certify that attached hereto is a true and correct copy of the prisoner's trust account

13   statement showing transactions of __Robert Oldham__ for the last six months
                                              [prisoner name]
14   __High Desert State Prison__ where (s)he is confined.
           [name of institution]

15        I further certify that the average deposits each month to this prisoner's account for the

16   most recent 6-month period were $ __0.00__ and the average balance in the prisoner's

17   account each month for the most recent 6-month period was $ __3.49__.

18

19   Dated: __5-27-08__                        __[signature] Accountant I (SP)__
                                                 [Authorized officer of the institution]
20

21
22
23
24
25
26
27
28

- 5 -

E-filing   CV 08     2340 VRW   (PR)

## U.S. District Court Northern California

### ECF Registration Information Handout

The case you are participating in has been designated for this court's Electronic Case Filing (ECF) Program, pursuant to Civil Local Rule 5-4 and General Order 45. <u>This means that you **must**</u> (check off the boxes ☑ when done):

 1) **Serve** <u>this</u> ECF Registration Information Handout on **all** parties in the case along with the complaint, or for removals, the removal notice. DO NOT serve the efiler application form, just this handout.

<u>Each attorney representing a party must also</u>:

2) **Register** to become an efiler by filling out the efiler application form. Follow ALL the instructions on the form carefully. If you are already registered in this district, <u>do not</u> register again, your registration is valid for life on all ECF cases in this district.

 3) **Email** (do not efile) the complaint and, for removals, the removal notice and all attachments, in PDF format within ten business days, following the instructions below. You do not need to wait for your registration to be completed to email the court.

4) Access dockets and documents using **PACER** (Public Access to Court Electronic Records). If your firm already has a PACER account, please use that - it is not necessary to have an individual account. PACER registration is free. If you need to establish or check on an account, visit: **http://pacer.psc.uscourts.gov** or call **(800) 676-6856**.

BY SIGNING AND SUBMITTING TO THE COURT A REQUEST FOR AN ECF USER ID AND PASSWORD, YOU CONSENT TO ENTRY OF YOUR E-MAIL ADDRESS INTO THE COURT'S ELECTRONIC SERVICE REGISTRY FOR ELECTRONIC SERVICE ON YOU OF ALL E-FILED PAPERS, PURSUANT TO RULES 77 and 5(b)(2)(D) (eff. 12.1.01) OF THE FEDERAL RULES OF CIVIL PROCEDURE.

**All subsequent papers submitted by attorneys in this case shall be filed electronically. Unrepresented litigants must file and serve in paper form, unless prior leave to file electronically is obtained from the assigned judge.**

ECF registration forms, interactive tutorials and complete instructions for efiling may be found on the ECF website: **http://ecf.cand.uscourts.gov**

**Submitting Initiating Documents**
PDF versions of all the initiating documents originally submitted to the court (Complaint or Notice of Removal, exhibits, etc.) must be **emailed (not efiled)** to the **PDF email box for the presiding judge** (not the referring judge, if there is one) **within 10 (ten) business days** of the opening of your case. For a complete list of the email addresses, please go to: **http://ecf.cand.uscourts.gov** and click on **[Judges]**.

You must include the case number and judge's initials in the subject line of all relevant emails to the court. You do not need to wait for your registration to email these documents.

These documents must be emailed instead of e-filed to prevent duplicate entries in the ECF system. All other documents must be e-filed from then on. You do not need to efile or email the Civil Cover Sheet, Summons, or any documents issued by the court at case opening; note that you do need to efile the Summons Returned.

**Converting Documents to PDF**
Conversion of a word processing document to a PDF file is required before any documents may be submitted to the Court's electronic filing system. Instructions for creating PDF files can be found at the ECF web site: **http://ecf.cand.uscourts.gov**, and click on **[FAQ]**.

**Email Guidelines**: When sending an email to the court, the subject line of the email **must** contain the **case number, judge's initials** and the **type of document(s)** you are sending, and/or the topic of the email.

**Examples:** The examples below assume your case number is 03-09999 before the Honorable Charles R. Breyer:

| Type of Document | Email Subject Line Text |
|---|---|
| Complaint Only | 03-09999 CRB Complaint |
| Complaint and Notice of Related Case | 03-09999 CRB Complaint, Related Case |
| Complaint and Motion for Temporary Restraining Order | 03-09999 CRB Complaint, TRO |

**Questions**
Almost all questions can be answered in our **FAQ**s at
http://ecf.cand.uscourts.gov, please check them first.

You may also email the ECF Help Desk at ECFhelpdesk@cand.uscourts.gov or
call the toll-free ECF Help Desk number at: (866) 638-7829.

The ECF Help Desk is staffed Mondays through Fridays from
9:00am to 4:00pm Pacific time, excluding court holidays.

Robert Oldan F06175
CSP High Desert C-512l
G Box 3030
Susanville, Ca 96127-3030

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680


STATE PRISON

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES