IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT OLDHAM, JR, | No C 08-2340 VRW (PR) |
| Petitioner, | |
| v | ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL |
| TOM FELKER, Warden, | |
| Respondent. | (Doc #18) |

Good cause appearing, petitioner's request for an extension of time to file a notice of appeal and request for certificate of appealability is GRANTED. Petitioner shall file these documents by no later than July 6, 2009. No further extensions of time will be granted.

The clerk shall terminate the motion in docket number 18.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

C:\Documents and Settings\usdc\Local Settings\Temp\notes56FD74\Oldham-08-2340-grant eot to file noa.wpd