IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT OLDHAM, JR, | No C 08-2340 VRW (PR) |
|     Petitioner, | |
|       v | ORDER DENYING CERTIFICATE OF APPEALABILITY |
| TOM FELKER, Warden, | |
|     Respondent. | (Doc #20) |

Petitioner has filed a notice of appeal and request for a certificate of appealability pursuant to 28 USC section 2253(c) and Federal Rule of Appellate Procedure 22(b). Doc #20.

Petitioner's request for a certificate of appealability is DENIED because petitioner has not made "a substantial showing of the denial of a constitutional right." 28 USC § 2253(c)(2). Nor has petitioner demonstrated that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v McDaniel, 529 US 473, 484 (2000).

//

1  The clerk shall forward to the court of appeals the case
2  file with this order.  See <u>United States v Asrar</u>, 116 F3d 1268, 1270
3  (9th Cir 1997).

5  IT IS SO ORDERED.

   *[signature]*

   **VAUGHN R WALKER**
   **United States District Chief Judge**

27 `G:\PRO-SE\VRW\HC.08\Oldham-08-2340-deny coa.wpd`